UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62515-CIV-SMITH/VALLE

BRITTNEY CIOTTE,

    Plaintiff,

v.

ROCHA CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 30], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [DE 28]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

**ORDERED** that:

1. The Report and Recommendation [DE 30] is **AFFIRMED** and **ADOPTED**.

2. The Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [DE 28] is **GRANTED**.

3. The parties' Settlement Agreement [DE 28-1] is **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 12th day of April, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record